UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ALLEN WASHINGTON, JR.**  **CASE NO. 6:20-CV-00358**

**VERSUS**  **JUDGE JUNEAU**

**UNITED STATES OF AMERICA**  **MAGISTRATE JUDGE HANNA**

### JUDGMENT

This matter is before the Court on the Motion for Summary Judgment filed by the Defendant, the United States of America, Rec. Doc. 16. Noting that the Plaintiff has not filed an opposition and/or statement of contested material facts, the Court recognizes that summary judgment cannot be granted simply because of an absence of opposition. *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 362 (5th Cir. 1995). However, pursuant to Local Rule 56.2W, the Court deems the United States' Statement of Undisputed Facts, Rec. Doc. 16-3, admitted for purposes of this motion.

In reviewing the motion, the submitted evidence, and the applicable law, the Court is mindful that summary judgment is appropriate if a non-movant fails to make a showing sufficient to establish the existence of an element essential to that party's case. *Celotex Corp. v. Catrett*, 477 U.S. 317, 324 (1986). To prevail on his medical malpractice claim against the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.*, the plaintiff must prove each of the elements set forth in

La. R.S. 9:2794(A). Among other things, that statute requires proof that a medical practitioner's breach of an applicable standard of care proximately resulted in injuries that would not have otherwise occurred. Based on the admitted facts, the Court finds that the Plaintiff has failed to identify sufficient evidence in the record that would allow a reasonable juror to conclude that his claimed injuries and damages were caused by his August 23, 2018 tooth extraction.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment, Rec. Doc. 16, is **GRANTED**, the oral argument scheduled for May 20, 2021 is **CANCELED**, and the Plaintiff's claims in this lawsuit are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 22nd day of April, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE